Richard J. Reynolds (SBN 027608)
E-mail: rreynolds@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
1851 East First Street, Suite 1550
Santa Ana, CA 92705-4067
Tel: 949.863.3363   Fax: 949.863.3350

Attorneys for Defendant
MTC FINANCIAL INC. dba TRUSTEE CORPS
(erroneously named herein MTC FINANCIAL, INC.
dba TRUSTEE CORPS. on behalf of TRINITY
FINANCIAL SERVICES, LLC.)

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| CARL DURHAM,<br><br>    Plaintiff,<br><br>v.<br><br>MTC FINANCIAL, INC. dba TRUSTEE CORPS. on behalf of TRINITY FINANCIAL SERVICES, LLC.,<br><br>    Defendants. | Case No. 2:19-cv-00238-DLR<br><br>**DECLARATION OF SALINA PADILLA IN SUPPORT OF OPPOSITION TO PLAINTIFF CARL DURHAM'S APPLICATION FOR TEMPORARY RESTRAINING ORDER** |

## DECLARATION OF SALINA PADILLA

I, SALINA PADILLA, declare as follows:

I have personal knowledge of the matters stated herein. If called as a witness to testify in this matter, I could and would testify competently thereto under oath.

1. I am a Legal Assistant for MTC FINANCIAL INC. dba TRUSTEE CORPS ("Trustee Corps") in Irvine, CA. Trustee Corps' office where I work is located at 17100 Gillette Ave., Irvine, CA 92614. I have worked for Trustee Corps for approximately five (5) years. I am authorized to accept service of pleadings including complaints for Trustee Corps.

2. On January 9, 2019 at about 2:14 p.m., I was present when a female process server, introducing herself as "Yvette", came into the lobby of Trustee Corps.

///

- 1 -    DECLARATION OF SALINA PADILLA

3. I asked Yvette a direct question: "Who are you here to serve?" She responded, while reading the pleading: "MTC Financial Inc. dba Trustee Corps. on behalf Trinity Financial, LLC ("Trinity").

4. I declined to accept service informing her that Trustee Corps could not accept service for another party or another entity. To my knowledge, Trustee Corps has never accepted process of pleadings including complaints for Trinity. I was not authorized to accept service of the Complaint for Trinity, and I never did.

5. Yvette called "her attorney" and while on the phone with "her attorney" she stated that Trustee Corps has to accept service "because you guys are the trustee".

6. I again declined to accept service of the Summons and Complaint (collectively, "Complaint") for Trinity. The process server then left the Complaint on the reception desk at Trustee Corps and then departed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 15th day of January 2019, at Irvine, California.

*/s/ Salina Padilla*
SALINA PADILLA

# CERTIFICATE OF SERVICE

I certify that I am an employee of BURKE, WILLIAMS & SORENSEN, LLP, and that on January 15, 2019, I caused to be served a true copy of the **DECLARATION OF SALINA PADILLA IN SUPPORT OF OPPOSITION TO PLAINTIFF CARL DURHAM'S APPLICATION FOR TEMPORARY RESTRAINING ORDER** addressed to all parties and counsel as identified on the Court-generated Notice of Electronic Filing; all counsel being registered to receive CM/ECF Electronic Filing as follows:

- **Richard Joseph Reynolds** - rreynolds@bwslaw.com, psoeffner@bwslaw.com, tmims@bwslaw.com, bantle@bwslaw.com, fcabezas@bwslaw.com

I further certify that some of the participants in the case are not registered CM/ECF users and that I caused to be serviced a true copy by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Santa Ana, California addressed as set forth below:

Carl Durham
17251 N. 61st Ave.
Glendale, AZ 85308

Plaintiffs In Pro Per

_____
Patti Soeffner

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
SANTA ANA

IRV #4810-6868-2373 v1
F0016-0002

- 1 -

CERTIFICATE OF SERVICE