# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Carl Durham,<br><br>        Plaintiff,<br><br>v.<br><br>MTC Financial Incorporated, et al.,<br><br>        Defendants. | No. CV-19-00238-PHX-DLR<br><br>**ORDER** |

Having been advised that counsel for Defendant MTC Financial Incorporated ("Trustee Corps") has a scheduling conflict with the status conference currently set for January 24, 2019 at 4:00 PM, and based on representations from Trustee Corps' counsel that Plaintiff does not oppose a brief continuance of the status conference,

**IT IS ORDERED** as follows:

1. The status conference previously scheduled for January 24, 2019 at 4:00 PM is **vacated** and **reset** for <u>**January 29, 2019 at 2:30 PM**</u> in Courtroom 606, 401 West Washington Street, Phoenix, AZ 85003 before Judge Douglas L. Rayes. Out-of-state counsel may appear via telephone by calling the Court's judicial assistant, Mary Farmer, at 602-322-7530. Parties appearing telephonically must do so via landline only. The use of cellular telephones will not be permitted.

2. All parties are reminded that the terms of the TRO (Doc. 21) remain in effect. Defendants, their agents, and anyone acting in concert or at their direction shall

not conduct a trustee's sale of the property located at 17251 N. 61st Avenue, Glendale, AZ 85308 while the TRO remains in effect.

3. Plaintiff is reminded that he must serve Trinity and file proof of service with the Court by no later than January 24, 2019.

Dated this 24th day of January, 2019.

Douglas L. Rayes
United States District Judge